AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARTERTON. JANET B | U.S. DISTRICT COURT | 5/12/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III JUDGE/ACTIVE | Nomination, Date<br>Initial ☐ Annual ✓ Final ☐ | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S DISTRICT COURT<br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/13/95 | Garrison, Levin-Epstein, Chimes & Richardson, P.C., Profit Sharing Plan/401k Plan (No control.) |
| 2. | |
| 3. | |

Arterton, Janet B.

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Salary-George Washington University |
| 2. 2009 | Royalties-Rowman and Littlefield Publishers |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Global Forum for Women and Justice | 3/2/2009-3/4/2009 | Washington, D.C. | Conference for international women judges | Transportation, food |
| 2 | Harvard Law School | 3/16/2009-3/17/2009 | Cambridge, MA | Judge, Ames Moot Court Competition | Transportation, food |
| 3 | Northeastern University School of Law | 4/2/2009-4/3/2009 | Boston, MA | Keynote Speaker at Women in the Law Conference | Transportation, food |
| 4 | Northwestern University | 4/19/2009-4/21/2009 | Chicago, IL | Judicial Education Program | Transportation, lodging, food |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5 12 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell redemption) | (2) Date month/day/yr | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Janus Overseas Fund (formerly Janus Global and Int'l) | A | Dividend | M | T | | | | | |
| 2 | Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | L | T | | | | | |
| 3 | Third Avenue Value Fund | A | Dividend | M | I | | | | | |
| 4 | Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | L | T | | | | | |
| 5 | Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | N | T | | | | | |
| 6 | Vanguard Windsor Fund | A | Dividend | L | T | | | | | |
| 7 | TIAA/CREF Growth Fund | A | Dividend | L | T | | | | | |
| 8 | Excelsior (formerly Columbia Value & Restructuring) | A | Dividend | K | T | | | | | |
| 9 | Vanguard Morgan Growth Fund | A | Dividend | L | T | | | | | |
| 10 | Vanguard Capital Growth | A | Dividend | L | T | | | | | |
| 11 | Vanguard 500 Index Fund | A | Dividend | | | Sold | 07/01/09 | L | | |
| 12 | People's Bank (CD) | A | Interest | J | I | | | | | |
| 13 | People's Bank (CD) | A | Interest | J | I | | | | | |
| 14 | Vanguard Mid Cap Index | A | Dividend | K | T | | | | | |
| 15 | Vanguard Small Company Growth | A | Dividend | I | T | | | | | |
| 16 | Vanguard International Value Fund | A | Dividend | I | T | | | | | |
| 17 | CT Higher Ed Trust | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; F =$15,001 - $50,000
(See Columns B1 and D4): F =$50,061 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 Interterm Tax Exempt Fund (formerly Vanguard Muni Bond Fund) | A | Interest | K | T | | | | | |
| 19. Vanguard Small Cap Growth (2 accounts) | A | Dividend | K | T | | | | | |
| 20. Vanguard International | A | Dividend | M | T | | | | | |
| 21. Vanguard Institutional Index | A | Dividend | T | T | Buy | 07/01/09 | L | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII. Paragraph 5   Garrison, Levin-Epstein, Chimes, Richardson & Fitzgerald, P C. and 401k American Funds   The filer has no authority or control to select the funds within this plan, therefore the funds listed in the 2008 report are being deleted from this and future reports

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B. | 5/12.2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq.. 5 U.S.C. § 7353. and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544